■ The People of the State of New York, Respondent, v Anthony Francis, Appellant. [987 NYS2d 876]—Appeal by the defendant, as limited by his motion, from a resentence of the County Court, Westchester County (Warhit, J.), dated February 19, 2013, on the ground that the resentence was excessive.

Ordered that the resentence is affirmed.

The resentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Dickerson, Lott and Miller, JJ., concur.